John M. Howell; ISB #6234
Jarod M. Zimmerman; ISB #12045
POWERS FARLEY, PC
702 West Idaho Street, Suite 700
Boise, Idaho  83702
Telephone:  (208) 577-5100
Email: jmh@powersfarley.com
           jmz@powersfarley.com

Attorneys for Plaintiff/Counterdefendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IVAN DELCHEV IVANOV,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FITNESS ELITE TRAINING CENTER, INC., an Idaho corporation; DAN MAUGER, and BROOKE MAUGER,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-00380-CWD<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** |
| FITNESS ELITE TRAINING CENTER, INC.,<br><br>　　　　　　　Counterclaimant,<br><br>vs.<br><br>IVAN DELCHEV IVANOV,<br><br>　　　　　　　Counterdefendant. | |

COMES NOW Plaintiff/Counterdefendant Ivan Delchev Ivanov ("Ivan"), by and through his attorneys of record, Powers Farley, PC, and respectfully moves this Court to enter Judgment in the form attached hereto at Exhibit A, to be adjusted to reflect the continuing accrual of

PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT – 1

prejudgment interest as of the date Judgment is entered. This Motion is based upon the papers and pleadings of record, and is supported by the Memorandum in Support of Plaintiff's Motion for Entry of Judgment and Plaintiff's Proposed Findings of Fact and Conclusions of Law Regarding Equitable Claims filed contemporaneously herewith.

DATED this 11th day of August, 2023.

                                            POWERS FARLEY, PC

                                            By   /s/ John M. Howell
                                                John M. Howell – Of the Firm
                                                Jarod M. Zimmerman – Of the Firm
                                                Attorneys for Plaintiff/Counterdefendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of August, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| John C. Peterson<br>Attorney for Defendants/Counterclaimant<br>john@petersontwinfalls.com | J. Nick Crawford<br>Attorney for Defendants/Counterclaimant<br>jnc@brassey.net |
| Ryan C. Janis<br>Attorney for Defendants/Counterclaimant<br>rcj@brassey.net | |

                                                /s/ John M. Howell
                                                John M. Howell
                                                Jarod M. Zimmerman